UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| FELIPE DE JESUS LAMAS FLORES; EMELIA GARCIA DE LAMAS, <br><br> Petitioners, <br><br> v. <br><br> ERIC H. HOLDER, Jr., Attorney General, <br><br> Respondent. | Nos. 05-70324 <br>    05-74221 <br><br> Agency Nos. A077-374-934 <br>                A077-374-935 <br><br> ORDER |

Before:    RYMER, McKEOWN, and PAEZ, Circuit Judges.

Lamas Flores and Garcia de Lamas' petition for panel rehearing is granted.

The memorandum disposition filed on April 14, 2010, is withdrawn. An amended

memorandum disposition will be filed concurrently with this order.